UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY L. KIMNER,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD J. DAVILA, et al.,<br><br>        Defendants. | Case No. 24-cv-02750-HSG<br><br>**ORDER REGARDING FILINGS IN CLOSED CASE** |

    The Court has received Plaintiff Audrey L. Kimner's recent filings in this case, including a letter and proposed order. *See* Dkt. Nos. 12, 13. Plaintiff appears to be seeking default judgment in this case. However, the Court dismissed the case without leave to amend, and the case is now closed. *See* Dkt. No. 8. The Court's order was mailed to plaintiff on June 5, 2024. The Clerk is directed to send Plaintiff another courtesy copy of the June 5 order, Dkt. No. 8, along with this order. No further filings will be accepted in this closed case.

    Plaintiff is encouraged to seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants. More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help. Appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

    **IT IS SO ORDERED.**

Dated: 10/4/2024

*[signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge